| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BRIMMER, CLARENCE A. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT OF WYOMING | 3. Date of Report<br><br>08/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Room 2603<br>2120 CAPITOL AVE<br>CHEYENNE, WY 82001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BP PLC | C | Dividend | M | T | None | | | | |
| 2. | Exxon-Mobil Corp | B | Dividend | L | T | None | | | | |
| 3. | Freeport McMoran Copper and Gold | A | Dividend | M | T | merger | | | | |
| 4. | Chevron-Texaco Corp. | A | Dividend | L | T | None | | | | |
| 5. | Chiquita Brands | A | Dividend | J | T | None | | | | |
| 6. | Windsor Fund | C | Dividend | N | T | None | | | | |
| 7. | Vanguard Muni. Bond Fund | C | Dividend | M | T | None | | | | |
| 8. | KeyCorp | B | Dividend | K | T | | | | | |
| 9. | Lost Soldier Field (Mineral Interest Sweetwater County, WY) | E | Royalty | M | W | None | | | | |
| 10. | South Baggs Field, Carbon Cty | A | Royalty | J | W | None | | | | |
| 11. | Medicine Bow Field, Carbon County, WY | A | Royalty | J | W | None | | | | |
| 12. | Europacific Growth Fund,Am.Mut.Funds | C | Dividend | K | T | none | | | | |
| 13. | Qwest, Communications Intl. Inc. | A | Dividend | J | T | None | | | | |
| 14. | Vanguard 500 Index Fund | A | Dividend | J | T | None | | | | |
| 15. | Battle Mtn Field, Moffat County, CO | A | Royalty | J | W | None | | | | |
| 16. | Robbers Dog Field, Carbon County, WY | A | Royalty | J | W | None | | | | |
| 17. | Lost Mahoney Dome Field, Carbon County, WY | A | Royalty | J | W | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Intel, Inc. | A | Dividend | K | T | None | | | | |
| 19. Cisco Systems | A | Dividend | J | T | None | | | | |
| 20. Echo Star Communications Co. | A | Dividend | J | T | None | | | | |
| 21. IBM Corp | A | Dividend | J | T | None | | | | |
| 22. MICROSOFT Corp | A | Dividend | J | T | none | | | | |
| 23. Great Hall Invtd Fds (Money market funds for Div. Reinvestme | A | Dividend | J | T | none | | | | |
| 24. Mineral Working Interest, West VA, Logan County | A | Royalty | J | W | None | | | | |
| 25. Big Hole Land Bank- Moffat County, CO | A | Royalty | J | W | None | | | | |
| 26. Crooks Gap Field, Mineral Int, Fremont Cty, WY | A | Royalty | J | W | None | | | | |
| 27. General Electric Co. | A | Dividend | J | T | none | | | | |
| 28. Nonproducing min. int. Carbon, Fremont, Sweetwater Ctys, WY | | None | J | W | | | | | |
| 29. Nonproducing min. int. Routt and Moffat County, Colorado | | None | J | W | | | | | |
| 30. QLT | | None | J | T | none | | | | |
| 31. Berkshire Hathaway, Inc. | | None | M | T | | | | | |
| 32. Guiness Exploration | A | None | J | T | Sold | | | | |
| 33. Gold American Mining Corp | | None | J | T | Buy | 10/15/10 | J | | |
| 34. Gold American Mining Corp | A | None | J | T | Sold | 12/22/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Guinness Exploration, Inc | A | None | J | T | Sold | 12/22/10 | | | |
| 36. FuelCell Energy, Inc | A | None | J | T | Sold | 12/22/10 | | | |
| 37. General Electric CO | | None | K | T | Buy | 01/25/11 | K | | |
| 38. Ultra Petroleum Corp | | None | J | T | Buy | 02/17/11 | J | | |
| 39. Ultra Petroleum Corp | | None | J | T | Buy | 02/17/11 | J | | |
| 40. Qwest Communications | | None | J | T | Buy | 2/25/11 | J | | |
| 41. Chevron Corporation | | None | L | T | Buy | 3/10/11 | L | | |
| 42. Exxon Mobil Corp | | None | L | T | Buy | 3/10/11 | L | | |
| 43. International Business Machines Corp | | None | M | T | Buy | 3/10/11 | M | | |
| 44. Microsoft Corp | | None | K | T | Buy | 3/10/11 | K | | |
| 45. Key Corp | | None | J | T | Buy | 3/15/11 | J | | |
| 46. Devon Energy Corporation | | None | J | T | Buy | 3/23/11 | J | | |
| 47. Bear Creek Mining Corp | | None | J | T | Buy | 03/28/11 | J | | |
| 48. Tuffnell, Ltd | | None | J | T | Buy | 04/18/11 | J | | |
| 49. General Electric, Inc. | | None | K | T | Buy | 04/25/11 | K | | |
| 50. Sunoco, Inc | | None | K | T | Buy | 04/26/11 | K | | |
| 51. Transocean Ltd | | None | J | T | Buy | 6/3/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp | | None | K | T | Buy | 6/9/11 | K | | |
| 53. Chevron Corporation | | None | M | T | Buy | 6/10/11 | M | | |
| 54. Exxon Mobil Corp | | None | L | T | Buy | 6/10/11 | L | | |
| 55. International Business Machines Corp | | None | M | T | Buy | 6/10/11 | M | | |
| 56. Sunoco Inc | | None | K | T | Buy | 6/10/11 | K | | |
| 57. Schlumberger Ltd | | None | L | T | Buy | 6/15/11 | L | | |
| 58. Schlumberger Ltd | | None | J | T | Buy | 6/15/11 | J | | |
| 59. Key Corp | | None | J | T | Buy | 6/15/11 | J | | |
| 60. Century Link Inc | | None | K | T | Buy | 6/16/11 | K | | |
| 61. Apache Corp | | None | J | T | Buy | 7/11/11 | J | | |
| 62. Schlumberger Ltd | | None | J | T | Buy | 7/12/11 | J | | |
| 63. Apache Corp | | None | J | T | Buy | 7/21/11 | J | | |
| 64. General Electric CO | | None | K | T | Buy | 7/25/11 | K | | |
| 65. Valero Energy Corp | | None | J | T | Buy | 7/27/11 | J | | |
| 66. Ensco Intl Ltd | | None | J | T | Buy | 8/10/11 | J | | |
| 67. Schlumberger Ltd | | None | J | T | Buy | 8/18/11 | J | | |
| 68. Devon Energy Corporation | | None | J | T | Buy | 9/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft Corp | None | | K | T | Buy | 9/8/11 | K | | |
| 70. Weatherford International | None | | J | T | Buy | 9/9/11 | J | | |
| 71. Exxon Mobil Corp | None | | L | T | Buy | 9/9/11 | L | | |
| 72. Sunoco Inc | None | | K | T | Buy | 9/9/11 | K | | |
| 73. Chevron Corporation | None | | L | T | Buy | 9/12/11 | L | | |
| 74. International Business Machines Corp | None | | M | T | Buy | 9/12/11 | M | | |
| 75. Key Corp | None | | J | T | Buy | 9/15/11 | J | | |
| 76. Century Link Inc | None | | K | T | Buy | 9/16/11 | K | | |
| 77. Suncor Energy Inc | None | | J | T | Buy | 11/10/11 | J | | |
| 78. Weatherford International | None | | J | T | Buy | 11/17/11 | J | | |
| 79. Ensco Intl Ltd | None | | J | T | Buy | 11/23/11 | J | | |
| 80. Ensco Intl Ltd | None | | J | T | Buy | 12/07/11 | J | | |
| 81. Microsoft Corp | None | | K | T | Buy | 12/08/11 | K | | |
| 82. Exxon Mobil Corp | None | | L | T | Buy | 12/09/11 | L | | |
| 83. Sunoco Inc | None | | K | T | Buy | 12/09/11 | K | | |
| 84. Chevron Corporation | None | | M | T | Buy | 12/12/11 | M | | |
| 85. International Business Machines Corp | None | | O | T | Buy | 12/12/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Keycorp New | | None | J | T | Buy | 12/15/11 | J | | |
| 87. Apache Corp | | None | J | T | Buy | 12/16/11 | J | | |
| 88. Century Link Inc | | None | K | T | Buy | 12/16/11 | K | | |
| 89. Lone Star Gold Inc | | None | J | T | Buy | 12/20/11 | J | | |
| 90. Schlumberger LTD | | None | J | T | Buy | 12/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3, value determined by stock broker.
Line 24, value determined by stock broker.
Line 25, value determined by stock broker.
Line 26, value determined by stock broker.

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 08/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLARENCE A. BRIMMER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544